1  LAURA KRANK
   ATTORNEY AT LAW:  220208
   LAW OFFICES OF ROHLFING & KALAGIAN
2  211 EAST OCEAN BLVD., SUITE 420
   LONG BEACH, CA 90802
3  562/437-7006
   FAX:  562/432-2935
4  Email:  lekrank@hotmail.com

5  ATTORNEYS FOR PLAINTIFF

           UNITED STATES DISTRICT COURT

           CENTRAL DISTRICT OF CALIFORNIA

                  WESTERN DIVISION

MICHELE LEONARD,              )  Case No.: CV 08-3211 CW
                              )
         Plaintiff,            )  ORDER AWARDING EQUAL
                              )  ACCESS TO JUSTICE ACT
     vs.                       )  ATTORNEY FEES PURSUANT TO
MICHAEL J. ASTRUE,            )  28 U.S.C. § 2412(d)
Commissioner of Social Security, )
                              )
         Defendant.            )
                              )

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Laura Krank, as Plaintiff's assignee and subject to the reservation of rights, the amount of THREE THOUSAND SIX HUNDRED DOLLARS ($3,600.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:   April 22, 2009

                    _____/S/_____
                    THE HONORABLE CARLA WOEHRLE
                    UNITED STATES MAGISTRATE JUDGE